Kenneth R. LOCKE, Jr. v. ROW-ELL BROTHERS, INC., No. 148-79

June 5, 1980. Appellant's printed case and brief shall be filed by July 1, 1980, or cause dismissed. Notice of appearance to be filed by counsel on behalf of the appellant corporation by July 1, 1980, or cause dismissed.

Elsie D. GRAZIANO v. Anthony A. GRAZIANO, No. 142-80

June 5, 1980. Motion to enlarge time for filing printed case granted. Printed case to be filed by July 1, 1980, or cause dismissed. Appellant's brief to be filed by July 25, 1980.

Hill, J.

IN RE T. L. S. AND M. J. C., Juveniles, No. 249-79

June 11, 1980. Appellant's motion to advance cause for hearing to the June Term, 1980, is granted in that the cause will be scheduled on the back-up calendar for the June Term, 1980.

Billings, J.

Martha A. JOSLIN v. Robert N. JOSLIN, No. 18-80

June 11, 1980. Motion of Kilmurry & Stone, P.C., to withdraw as counsel is granted.

Daley, J.

STATE of Vermont v. Timothy RATHBURN, No. 100-80

June 11, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

CHITTENDEN TRUST COMPANY, Executor of the Estates of Harlan J. Wilcox and Mary S. Levin v. Stephen J. MacPHERSON, Commissioner of Finance; Emory A. Hebard, State Treasurer; and State of Vermont, No. 58-80

June 12, 1980. Motion to intervene denied.

Sandy HERSHENSON v. LAKE CHAMPLAIN MOTORS, INC. and Fiat Distributors, Inc., No. 214-78

June 16, 1980. Motion of the State of Vermont for leave to file a brief amicus curiae is granted.

Larrow, J.